**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03404-LTB-MEH

WILLIAM A. SIEBER and
RICHARD A. CALLENDAR,

      Plaintiffs,

v.

COSMIC PET, LLC,

      Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT AS RESTRICTED**

---

Defendant Cosmic Pet, LLC, by and through its counsel, respectfully submits this unopposed motion for leave to file under "Restricted" status Exhibits D, H, I, J, K, M, N and P to its Motion for Summary Judgment filed on May 8, 2023, pursuant to D.C.COLO.LCivR 7.2, and states the following in support:

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(A)**

Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel conferred with counsel for Plaintiffs regarding the relief requested herein and Plaintiffs' counsel do not oppose this Motion.

1.      Exhibits D, H, I, J, K, M, N and P to Defendant's Motion for Summary Judgment were all designated by Defendant as "Confidential," pursuant to the terms of the Stipulated Protective Order entered on July 14, 2022 [ECF No. 17]. All of these exhibits contain sales and revenue related information, business structure related information and/or information of a

personal nature related to former employees whose content is confidential to Cosmic Pet's business model and/or its former employees.

2. Exhibit D for which Defendant seeks restricted status contains business structure and revenue related information that is of a confidential nature to Defendant's business and personal to a number of former employees of Defendant. As a result, Defendant and/or its former employees may be harmed if the private information contained in Exhibit D is available for public access. Defendant's efforts to ensure that proprietary and confidential information is protected will be nullified if public disclosure is permitted.

3. Exhibit H for which Defendant seeks restricted status contains business structure related information that is of a confidential nature to Defendant's business and personal to a number of former employees of Defendant. As a result, Defendant and/or its former employees may be harmed if the private information contained in Exhibit H is available for public access. Defendant's efforts to ensure that proprietary and confidential information is protected will be nullified if public disclosure is permitted.

4. Exhibit I for which Defendant seeks restricted status contains business revenue related information that is of a confidential nature to Defendant's business and personal to a number of former employees of Defendant. As a result, Defendant and/or its former employees may be harmed if the private information contained in Exhibit I is available for public access. Defendant's efforts to ensure that proprietary and confidential information is protected will be nullified if public disclosure is permitted.

5. Exhibit J for which Defendant seeks restricted status contains business related information that is of a confidential nature to Defendant's business and personal to Plaintiff Sieber.

As a result, Defendant and/or Plaintiff Sieber may be harmed if the private information contained in Exhibit J is available for public access. Defendant's efforts to ensure that proprietary and confidential information is protected will be nullified if public disclosure is permitted.

6. Exhibit K for which Defendant seeks restricted status contains business related information that is of a confidential nature to Defendant's business and personal to Plaintiff Callendar. As a result, Defendant and/or Plaintiff Callendar may be harmed if the private information contained in Exhibit J is available for public access. Defendant's efforts to ensure that proprietary and confidential information is protected will be nullified if public disclosure is permitted.

7. Exhibit M for which Defendant seeks restricted status contains business structure related information that is of a confidential nature to Defendant's business. As a result, Defendant oyees may be harmed if the business information contained in Exhibit M is available for public access. Defendant's efforts to ensure that proprietary and confidential information is protected will be nullified if public disclosure is permitted.

8. Exhibit N for which Defendant seeks restricted status contains business structure and revenue related information that is of a confidential nature to Defendant's business and personal to a number of former employees of Defendant. As a result, Defendant and/or its former employees may be harmed if the private information contained in Exhibit N is available for public access. Defendant's efforts to ensure that proprietary and confidential information is protected will be nullified if public disclosure is permitted.

9. Exhibit P for which Defendant seeks restricted status contains business structure and revenue related information that is of a confidential nature to Defendant's business and

personal to a number of former employees of Defendant.  As a result, Defendant and/or its former employees may be harmed if the private information contained in Exhibit P is available for public access.  Defendant's efforts to ensure that proprietary and confidential information is protected will be nullified if public disclosure is permitted.

WHEREFORE, Defendant respectfully request the Court to enter an order granting leave to file Exhibits D, H, I, J, K, M, N and P to its Motion for Summary Judgment under Level 1 restricted status.

Respectfully submitted this 8th day of May, 2023.

                                        JACKSON LEWIS P.C.

                                      *s/ Ryan P. Lessmann*
                                      Ryan P. Lessmann
                                      Jessica S. Reed-Baum
                                      950 17th Street, Suite 2600
                                      Denver, Colorado 80202
                                      Telephone:  (303) 892-0404
                                      Ryan.Lessmann@jacksonlewis.com
                                      Jessica.Reed-Baum@jacksonlewis.com

                                      *ATTORNEYS FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of May, 2023, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT AS RESTRICTED** was filed via CM/ECF upon the following:

> Darold W. Killmer
> Liana Orshan
> KILLMER, LANE & NEWMAN, LLP
> 1543 Champa Street, Suite 400
> Denver, CO 80202
> dkillmer@kln-law.com
> lorshan@kln-law.com
>
> *Attorneys for Plaintiffs*

*s/ Arianna N. Cooper*
for Jackson Lewis P.C.
